```
2003 SAVANA PASSENGER VAN                         PONTIAC/GMC DIVISION
87U  MIDNIGHT RED METALLIC          /V8G          GENERAL MOTORS CORPORATION
52G  NEUTRAL                                      100 RENAISSANCE CENTER
ORDER NO. FTGDKV/TRE      STOCK NO.               DETROIT     MI  48243-1114
VIN 1GJ HG39 U0 31162661                          VEHICLE INVOICE 5AD79482027
*****************************************************************48*44507S
MODEL & FACTORY OPTIONS                 MSRP    INV AMT   RETAIL - STOCK
TG33706 SAVANA PASSENGER VAN         28684.20  25095.00   INVOICE 01/09/03
AG1 POWER DRIVER SEAT ADJUSTER         240.00    206.40   SHIPPED 01/09/03
AJ1 DEEP TINTED GLASS                  390.00    335.40   EXP I/T 01/12/03
C49 ELECTRIC REAR WINDOW DEFOGGER      155.00    133.30   INT COM 01/13/03
C6Y GVW RATING - 9,600 LBS                N/C       N/C   PRC EFF 01/09/03
DE7 MIRRORS, ELEC. W/TURN SIGNAL       155.00    133.30   KEYS
DT4 SMOKER'S PACKAGE                    15.00     12.90   WFP-S QTR   OPT-1
    ***DEALER INSTALLED***                                BANK: GMAC - 008
FE9 FEDERAL/NY/VT EMISSIONS               N/C       N/C   CHG-TO    44-507
GT5 REAR AXLE - 4.10 RATIO                N/C       N/C
G80 LOCKING REAR DIFFERENTIAL          255.00    219.30   SHIP WT:   6327
LQ4 VORTEC 6000 V8 SFI GAS ENGINE        0.00      0.00   HP:        51.2
MT1 4 SPEED AUTO TRANS W/OVERDRIVE       0.00      0.00   GVW:       9600
    AND ELECTRONIC CONTROL                                GVWF:      4300
UB1 AM/FM STEREO W/CASS & CD PLAYER    355.00    305.30   GVWR:      6084
    (REPLACES STD/OPT PKG RADIO)                          GMS:    27975.10
VK3 FRONT LICENSE PLATE MOUNT             N/C       N/C   SUPPLR: 29094.10
XHH LT245/75R16/E ALS BL TIRES            N/C       N/C
YA2 SLIDING SIDE CARGO DOOR               N/C       N/C   NTR: 1
YHH LT245/75R16/E ALS BW TIRES-REAR       N/C       N/C   DAN:       12PAS
ZHH LT245/75R16/E ALS BW TIRE-SPR         N/C       N/C   MEMO     1589.50
ZX5 SEATING ARRANGEMENT                   N/C       N/C
    12 PASSENGER
Z82 HEAVY DUTY TRAILERING EQUIP.       310.00    266.60
1SB MARKETING OPTION PACKAGE - 1SB    1735.00   1492.10
    CONSISTS OF:
    * AUXILIARY LIGHTING
    * COLORED-KEYED CARPET
    * ILLUMINATED VISOR MIRRORS
    * POWER LOCKS & POWER WINDOWS
    * TILT WHEEL & SPEED CONTROL
    * LS TRIM
    * REAR AIR CONDITIONING
    * AUXILIARY REAR HEATER
    * WHEELS, CHROME CENTER CAPS
    * REMOTE KEYLESS ENTRY
GM HAS DESIGNED, MANUFACTURED, SOLD AND CERTIFIED TO
APPLICABLE FEDERAL MOTOR VEHICLE SAFETY STANDARDS THIS
VEHICLE AS A BUS, MULTIPURPOSE PASSENGER VEHICLE, OR
TRUCK, BUT NOT AS A SCHOOL BUS.
```

** CONTINUED ON PAGE  2 **

SINCLAIR BUICK-GMC TRUCK, INC.

```
2003 SAVANA PASSENGER VAN                       PONTIAC/GMC DIVISION
87U  MIDNIGHT RED METALLIC           /V8G       GENERAL MOTORS CORPORATION
52G  NEUTRAL                                    100 RENAISSANCE CENTER
ORDER NO. FTGDKV/TRE         STOCK NO.          DETROIT      MI   48243-1114
VIN 1GJ HG39 U0 31162661                        VEHICLE INVOICE 5AD79482027
****************************************************************48*44507S
MODEL & FACTORY OPTIONS              MSRP      INV AMT  RETAIL - STOCK
** CONTINUED FROM PAGE  1 **
```

MRM:         33009.20

```
TOTAL MODEL & OPTIONS               32294.20  28199.60  ACT 237 27950.10
DESTINATION CHARGE                    715.00    715.00  H/B 261   968.70
TIRE WEIGHT TAX                                   4.20

TOTAL                               33009.20  28918.80  PAY 310 28918.80
MEMO: TOTAL LESS HOLDBACK AND
      APPROX WHOLESALE FINANCE CREDIT           27519.90
****************************************************************************
INVOICE DOES NOT REFLECT DEALER'S ULTIMATE COST BECAUSE OF MANUFACTURER
REBATES, ALLOWANCES, INCENTIVES, HOLDBACK, FINANCE CREDIT AND RETURN TO
DEALER OF ADVERTISING MONIES, ALL OF WHICH MAY APPLY TO VEHICLE.
****************************************************************************
THIS MOTOR VEHICLE IS SUBJECT TO A SECURITY INTEREST HELD BY GMAC.

                                   REMIT TO GMAC NO. 008
SINCLAIR BUICK-GMC TRUCK, INC.     VIN 1GJHG39U031162661
                                   $  28918.80 INV  5AD79482027
                                   DUE 01/13/03  DEALER  44-507
```