# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **MICHAEL BAVLSIK, M.D. and KATHLEEN SKELLY,** | |
| **Plaintiffs,** | **Case No. 4:13-CV-00509-DDN** |
| vs. | |
| **GENERAL MOTORS LLC,** | |
| **Defendant.** | |

## JOINT STIPULATION

The total value of Dr. Michael Bavlsik's past medical bills to be considered in this matter is $576,701.48.

                    Respectfully Submitted,

                    **THE SIMON LAW FIRM, PC**

                    By:    /s/ Kevin M. Carnie Jr.
                         John G. Simon, #35231MO
                         Kevin M. Carnie Jr. #60979MO
                         800 Market Street, Suite 1700
                         St. Louis, Missouri  63101
                         jsimon@simonlawpc.com
                         kcarnie@simonlawpc.com
                         (314) 241-2929
                         (314) 241-2029 / Facsimile
                         *Attorneys for Plaintiffs*

                  **HANSON BOLKCOM LAW GROUP, LTD.**
                      By /s/ Mary E. Bolkcom
                      Mary E. Bolkcom, Esq., #9581MN
                      (admitted pro hac vice)
                      527 Marquette Avenue, Suite 2300
                      Minneapolis, MN  55402
                      Email:  mbolkcom@hblawgroup.com
                      Telephone:  612.342.2880
                      Facsimile:  612.342.2899

                         -and-

1

Peter B. Hoffman, Esq., #25645MO
BAKER, STERCHI, COWDEN & RICE
1010 Market Street, Suite 950
St. Louis, Missouri  63101
Email:  hoffman@bscr-law.com
Telephone:  314.231.2925
Facsimile:  314.434.4459

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of September 2015, the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system to all counsel of record.

    /s/ Kevin M. Carnie Jr.